IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BOBBY RAY WYLES, JR.,**   **PLAINTIFF**
**ADC #149401**

v.   **CASE NO. 4:17CV00248 BSM**

**TIM RYALS, et al.**   **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 10] submitted by United States Magistrate Judge Jerome T. Kearney has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, defendants C. Reedmiller and Faulkner County are dismissed without prejudice.

IT IS SO ORDERED this 30th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE